**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**EDWARD BURTON**                                              **CIVIL ACTION**

**VERSUS**                                                            **NO.  09-0011**

**N. BURL CAIN**                                                   **SECTION "B"(2)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report

and Recommendation of the United States Magistrate Judge, and the failure of any party to

file an objection to the Magistrate Judge's Report and Recommendation, hereby approves

the Report and Recommendation of the United States Magistrate Judge and adopts it as its

opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Edward Burton for issuance of a writ of habeas

corpus under 28 U.S.C. § 2254 be **DISMISSED** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 3rd day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE